# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Respondent,<br>vs.<br><br>GUILLERMO MENDEZ-MENDEZ,<br><br>        Defendant-Petitioner. | CASE NO: CR04-94-S-EJL<br>                CV05-506-S-EJL<br><br>**JUDGMENT** |

    Pursuant to this Court's Memorandum Order, dated April 4, 2006, and the Court being fully advised in the premises;

    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment filed in <u>United States v. Guillermo Mendez-Mendez</u>, Criminal case no. 04-094-S-EJL (Docket No. 130 which was entered on May 9, 2005) shall be VACATED and RE-ENTERED and the civil case associated with this matter shall be DISMISSED IN ITS ENTIRETY.

DATED: **April 4, 2006**

*/s/ Edward J. Lodge*
Honorable Edward J. Lodge
U. S. District Judge

JUDGMENT
06ORDERSMENDEZ_JDM.wpd